UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON SOTO PICHARDO,

                Plaintiff,

     -v-

F.L. MOORE & SONS, INC. ET AL.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/9/2026__

**ORDER**

25-CV-10744 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of parties' joint status letter, ECF No. 13. Parties are directed to submit their next joint status letter by **May 6, 2026**.

Parties are also reminded that the deadlines set out in the Case Management Plan and Scheduling Order, ECF No. 10, remain in place and are not being extended due to the scheduling of mediation.

**SO ORDERED.**

Dated: April 9, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge